**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | CHAPTER 13 CASE NO.: |
| JIMMY DELL SKELTON AND | |
| SABRINA L. SKELTON | 19-12541-JDW |

**OBJECTION TO CONFIRMATION OF FIRST AMENDED PLAN**

COMES NOW the Chapter 13 Trustee, Locke D. Barkley (the "Trustee"), by and through counsel, after conducting the Section 341(a) Meeting of Creditors, reviewing the Petition, Schedules, and Statement of Financial Affairs, and files this Objection to Confirmation of First Amended Plan (the "Objection"), and in support thereof states as follows:

1. The Debtors commenced this proceeding by filing a Voluntary Petition on June 23, 2019 (the "Petition Date"). The Debtors filed a proposed First Amended Chapter 13 Plan (Dkt. #18) (the "Plan") on August 28, 2019.

2. The Debtors are below median income and the proposed term of the Plan is sixty (60) months. The Plan does not provide for a distribution to nonpriority unsecured creditors.

3. The Plan fails to comply with 11 U.S.C. §§ 1325(a)(1) and 1325(a)(3). The Plan has not been proposed in good faith because the Debtors failed to provide for the treatment of the secured claim(s) of Fidelity National Loans (Claim #18-1). The form plan approved by this Court provides that, "[t]he treatment of ALL secured and priority debts must be provided for in this plan."

4. The Debtors should timely remit all plan payments due under the Plan prior to the hearing or the case should be dismissed for failure to comply with the proposed Plan.

1

5. For the reasons set forth herein, the Trustee submits that Confirmation of the Plan should be denied and the case dismissed.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that upon notice and hearing that this Court enter its order sustaining the Objection. The Trustee prays for other such general and specific relief to which Trustee and this bankruptcy estate may be entitled.

Dated: September 3, 2019.

>Respectfully submitted,
>
>**LOCKE D. BARKLEY**
>**CHAPTER 13 TRUSTEE**
>
>BY:   /s/ Melanie T. Vardaman
>ATTORNEYS FOR TRUSTEE
>W. Jeffrey Collier (MSB 10645)
>Melanie T. Vardaman (MSB 100392)
>6360 I-55 North, Suite 140
>Jackson, Miss.  39211
>(601) 355-6661
>mvardaman@barkley13.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: September 3, 2019.

>/s/ Melanie T. Vardaman
>MELANIE T. VARDAMAN